**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-02599-RM

CHRISTOPHER MONDRAGON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to the Order entered by the Honorable Raymond P. Moore, United States District Judge, on March 28, 2016,

IT IS ORDERED that the Defendant's denial of disability insurance benefits and supplemental security income is VACATED.

IT IS FURTHER ORDERED that this matter is REMANDED to Defendant for further proceedings as directed in the March 28, 2016 Order, (Doc No. 26), pursuant to sentence four in 42 U.S.C. § 405(g).

Dated at Denver, Colorado, this 28th day of March, 2016.

                                      BY THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      By: _s/Deborah Hansen_
                                      Deborah Hansen, Deputy Clerk